# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 14, 2020

By ECF

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

**Re: United States v. Cecilia Akpan, 20 Cr. 82 (KPF)**

Dear Judge Failla:

I write to respectfully request that the Court permit Cecilia Akpan to travel to the District of New Jersey for the day on February 19, 2020, to visit her sick friend. Ms. Akpan is pending sentence following her guilty plea to one count of marriage fraud, and her bail conditions restrict her travel to SDNY/EDNY. The Government and Pretrial Services consent to this request.

Thank you for consideration of this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc: Jun Xiang, Esq. (by ECF)
Francesca Tessier-Miller, Pretrial Services (by email)

**MEMO ENDORSED**

```
Application GRANTED.

Dated:    February 14, 2020        SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE