**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 29, 2020

By email



Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

**Re: United States v. Cecilia Joseph Akpan, 20 Cr. 82 (KPF)**

Dear Judge Failla:

I write to respectfully request that the Court adjourn sentencing (currently scheduled for May 19, 2020) for approximately 60 days. I make this request in light of the circumstances occasioned by the current COVD-19 pandemic, including the difficulty in conducting in-person court appearances for defendants, like Ms. Akpan, who are not incarcerated. The Government consents to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Jun Xiang, Esq.
      Assistant United States Attorney

Application GRANTED.  The sentencing currently scheduled for May 19, 2020 is hereby ADJOURNED to August 25, 2020, at 3:00 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.  The Defendant's sentencing submission shall be due to the Court on or before August 11, 2020.  The Government's sentencing submission shall be due to the Court on or before August 18, 2020.

Dated:     May 1, 2020                    SO ORDERED.
           New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE