UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 20 Cr. 82 (KPF) |
| CECILIA JOSEPH AKPAN, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Cecilia Joseph Akpan, USM #85685-054, has been sentenced in the above case to Probation for a term of two (2) years, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:      August 25, 2020
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge