**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 2, 2021

By ECF

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York

**MEMO ENDORSED**

**Re: United States v. Cecilia Akpan, 20 Cr. 82 (KPF)**

Dear Judge Failla:

I write on behalf of my client, Cecilia Akpan, to respectfully request that the Court order Pretrial Services to return her passport to her. She had surrendered the passport as part of her bail conditions. On August 25, 2020, the Court sentenced Ms. Akpan to two years' probation, following her guilty plea to one count of marriage fraud.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

---

```
The Court is in receipt of Defendant's correspondence of November 2, 2021,
requesting a Court order for the return of her passport.  The Court hereby
ORDERS the Government to communicate its position on this request, in
writing, on or before November 5, 2021.

The Clerk of Court is directed to terminate the pending motion at docket
entry 18.
```

SO ORDERED.

Date:    November 2, 2021
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE